United States District Court
for the
Southern District of Florida

| Charles Floyd, Petitioner, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Civil Action No. 16-61891-Civ-Scola |
| | ) | |
| Pamela Jo Bondi, et al., | ) | |
| Respondents. | ) | |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On May 14, 2018, Judge White issued a report, recommending that the Court deny Petitioner Charles Floyd's petition for writ of habeas corpus. (Report of Magistrate, ECF No. 18.) Floyd filed objections to the report. (Objs., ECF No. 19.)

The Court has reviewed de novo those portions of Judge White's report to which Floyd objects, and the remaining parts for clear error. *See* 28 U.S.C. § 636(b); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Having considered Judge White's report, Floyd's objections, the record, and the relevant legal authorities, the Court finds Judge White's report and recommendation cogent and compelling. The Court therefore **affirms and adopts** Judge White's report and recommendation (**ECF No. 18**). The Court **denies** the petition for writ of habeas corpus (**ECF Nos. 1, 10**). The Court does not issue a certificate of appealability. Finally, the Court directs the Clerk to **close** this case. Any pending motions are **denied as moot**.

**Done and ordered**, at Miami, Florida, on July 13, 2018.

Robert N. Scola, Jr.
United States District Judge